■ J.K. FUNDING, INC., Doing Business as ROL CAPITAL CO., Appellant, v DECARA ENTERPRISES, LTD., et al., Respondents. (And a Third-Party Action.) [705 NYS2d 274] —Appeal by the plaintiff, as limited by its brief, from stated portions of an order of the Supreme Court, Rockland County (Miller, J.), entered November 19, 1998.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Miller at the Supreme Court. O'Brien, J. P., Ritter, Sullivan and Smith, JJ., concur.